# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMIE JACOBS, ADC #154802                                        PLAINTIFF

v.                              No. 5:14CV0006 JLH-JJV

JOHN P. MAPLES                                              DEFENDANT

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Joe J. Volpe. After careful review of the Recommendation, Jamie Jacobs's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Jacobs's retaliation claim against defendant John P. Maples is DISMISSED without prejudice.

IT IS SO ORDERED this 20th day of March, 2014.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE