**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMIE JACOBS, ADC #154802                                              PLAINTIFF

v.                      No. 5:14CV00006-JLH-JJV

JOHN P. MAPLES                                                        DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant's motion for summary judgment (Document #17) is GRANTED;

2. Plaintiff's complaint is DISMISSED without prejudice; and

3. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 15th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE