**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMIE JACOBS, ADC # 154802                                                                    PLAINTIFF

v.                                       No. 5:14CV00006-JLH-JJV

JOHN P. MAPLES                                                                                       DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 15th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE